[No. 28624-2-I.   Division One.   October 5, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PERCY
ADAM HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05505-8, Steven G. Scott, J., entered June 5, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 28022-8-I.   Division One.   October 5, 1992.]

*In the Matter of the Marriage of* HENDERSON QUINN,
*Appellant, and* BRENDA C. QUINN,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88-3-05622-0, Janice Niemi, J. Pro Tem., entered June 6, 1990. *Reversed* by unpublished per curiam opinion.

[No. 28184-4-I.   Division One.   October 5, 1992.]

*In the Matter of the Adoption of* S.A.L.

JOHN LEE LAIRD, *Appellant*, v. JAMES RANDALL LAKE,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90-5-00284-6, Jack A. Richey, J. Pro Tem., entered March 5, 1991. *Dismissed* by unpublished per curiam opinion.